EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2004 TSPR 19 |
| Eugenio Guardiola Ramírez | 160 DPR _____ |

Número del Caso: TS-10668

Fecha: 6 de febrero de 2004

Colegio de Abogados de Puerto Rico:
                         Lcdo. Israel Pacheco Acevedo
                         Director Ejecutivo Interino

 Oficina del Procurador General:
                         Lcda. Cynthia Iglesias Quiñones
                         Procuradora General Auxiliar

 Abogado de la Parte Peticionaria:
                         Por Derecho Propio

Materia: Solicitud de Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Eugenio Guardiola Ramírez               TS-10668

RESOLUCIÓN

San Juan, Puerto Rico, a 6 de febrero de 2004

Atendida la moción en cumplimiento de orden del abogado Eugenio Guardiola Ramírez, se autoriza la reinstalación al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo